ELLIOT ENOKI
United States Attorney
District of Hawaii

KENNETH M. SORENSON
Assistant U.S. Attorney
Room 6100, PJKK Federal Building
300 Ala Moana Blvd., Box 50183
Honolulu, Hawaii  96850
Telephone:  (808) 541-2850

Attorneys for Plaintiff
UNITED STATES OF AMERICA

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR. NO CR01-00200 DAE |
| Plaintiff, | |
| vs. | INDICTMENT |
| WADE TSUDA | [21 U.S.C. §841(a)(1) & (B)(1)(A)] |
| Defendant. | |

INDICTMENT

The Grand Jury charges:

On or about May 25, 2001, in the District of Hawaii, WADE TSUDA, the defendant, did knowingly and intentionally distribute 50 grams or more of a mixture or substance containing methamphetamine, its salts, isomers, and salts of its isomers, a Schedule II controlled substance.

All in violation of Title 21, United States Code, Section 841(a)(1) and (b)(1)(A).

DATED: May 30, 2001, at Honolulu, Hawaii.

A TRUE BILL

/s/
_____
FOREPERSON, GRAND JURY

_____
ELLIOT ENOKI
United States Attorney
District of Hawaii

_____
KENNETH M. SORENSON
Assistant U.S. Attorney